UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KITTY BEARD,

        Plaintiff,

vs.

BLUE CROSS BLUE SHIELD
OF MICHIGAN,

        Defendant.
_____/

Case No. 23-12007

HON. GERSHWIN A. DRAIN

## ORDER OF CONSOLIDATION FOR DISCOVERY

This case is one of a group of similar cases filed in this district that is to be consolidated with *on v. Blue Cross Blue Shield of Michigan*, 2:22-cv-12576, for purposes of discovery only. The attached Stipulation and Order Regarding Consolidation and Related Matters describes the process that is to be followed. Now, therefore,

IT IS HEREBY ORDERED that the Clerk of the Court shall consolidate the above-captioned case with *Emerson v. Blue Cross Blue Shield of Michigan*, 2:22-cv-12576 for purposes of discovery only.

IT IS HEREBY FURTHER ORDERED that counsel shall follow the protocol outlined in the attached Stipulation and Order Regarding Consolidation and Related Matters.

- 2 -

Dated:  October 10, 2023

                                               <u>s/Gershwin A. Drain</u>
                                               GERSHWIN A. DRAIN
                                             UNITED STATES DISTRICT JUDGE